UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN BOHLEN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TOM VILLMER, )<br>)<br>Respondent. ) | No. 4:17-CV-1501 JAR |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion is granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motions for leave to proceed in forma pauperis [Doc. #2 and #3] are **GRANTED**.

Dated this 17th day of May, 2017.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE